HARRY DIAMOND and Another, Respondents, v. RUSSEKS FIFTH AVENUE, INC., and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within ten days :after service of order on payment of said costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

CHARLES GIPS and GIPS & MENDELSOHN, INC., Respondents, v. ARTHUR OSMAN, as President of United Wholesale and Warehouse Employees of New York, Local 65, and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Liquidation of NATIONAL SURETY COMPANY, Claim of WILLIAM F. LAUGHLIN, as Administrator de Bonis Non, etc., of WESLEY COOPER, Deceased. Claim No. C. B. 2262. WILLIAM F. LAUGHLIN, etc., Claimant, Appellant; LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of National Surety Company, Petitioner, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

OTTO BRAUNWARTH, Respondent, v. HERBERT G. WELLINGTON, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of MARY B. SCHLOSSER, Appellant, v. THE BOARD OF EXAMINERS OF THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of FRANK J. FARRELL, Appellant, against PAUL J. KERN, President, and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; O'Malley, J., dissents and votes to reverse and grant the motion, with leave to the defendants to answer.

SOUTHERN KRAFT CORPORATION, Appellant, v. STANDARD CAPITAL CORPORATION, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

CITY BANK FARMERS TRUST COMPANY, as Successor Trustee under a Certain Trust Agreement, Dated August 1, 1929, between PRUDENCE-BONDS CORPORATION and THE BANK OF AMERICA NATIONAL ASSOCIATION and as Trustee under a Certain Supplemental Agreement with PRUDENCE-BONDS CORPORATION, etc., Respondent, v. 123 WEST 110TH ST. CORPORATION and Another, Defendants, and PIETRO G. SPINELLI and Others, Appellants.— Orders affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer or otherwise plead within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Martin, P. J., dissents and votes to reverse and grant the motions.